**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ALEXANDRIA PASTOR

                    Plaintiff,

          - against -

MERCY MEDICAL CENTER,

                   Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 22-7847 (JMA) (AYS)

     A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on June 17, 2024, granting Defendant's motion to dismiss, and dismissing this action with prejudice, it is

     **ORDERED AND ADJUDGED** that Plaintiff Alexandria Pastor take nothing of Defendant Mercy Medical Center; that Defendant's motion to dismiss is granted; that this action is dismissed with prejudice; and that this case is closed.


Dated: June 17, 2024
      Central Islip, New York

                               BRENNA B. MAHONEY
                               CLERK OF COURT

                    BY:    /S/ JAMES J. TORITTO
                               DEPUTY CLERK